UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

THAVONE THAMMAVONGSA,
Petitioner,
v.
KRISTI NOEM; PAMELA J. BONDI; TODD M. LYONS; JESUS ROCHA; CHRISTOPHER LAROSE,
Respondents.

Case No.: 25-cv-2836-JO-AHG

**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]**

Petitioner Thavone Thammavongsa ("Petitioner") filed a petition for writ of habeas corpus. Dkt. 1. For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the first claim for relief, brought under *Accardi* and the Fifth Amendment Due Process Clause.

(2) Respondents are ORDERED to release Petitioner by 5 p.m. on November 3, 2025, and to file an affidavit attesting to Petitioner's release by 5 p.m. on November 4, 2025.

(3) Respondents are ORDERED to provide Petitioner with written notice stating the reasons for the revocation of his release **prior to any redetention**, and to conduct an informal interview following such notice, as described in 8 C.F.R. §

241.13. Respondents shall file a written declaration confirming full compliance once the notice and informal interview have been provided.

(4) Respondents are ENJOINED from redetaining and removing Petitioner until at least 48 hours **after** filing the written declaration to allow Petitioner to challenge any further unlawful redetention.

**IT IS SO ORDERED.**

Date: November 3, 2025



Honorable Jinsook Ohta
United States District Judge